# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01129-BNB

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ROBERTO VEGA De LEON,

    Plaintiff,

v.

MATTHEW STEHLE,
CARRIE L. STEHLE,
BANK OF AMERICA, N.A.,
CASTLE STAWIARSKI, LLC,
DEANNE R. STODDEN, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

    Plaintiff, Roberto Vega De Leon, currently resides in Englewood, Colorado. Plaintiff has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit

(5)     __     affidavit is incomplete
(6)     __     affidavit is not notarized or is not properly notarized
(7)     __     names in caption do not match names in caption of complaint, petition or application
(8)     __     other:

**Complaint or Petition**:

(9)     __     is not submitted
(10)    X      is not on proper form (must use the Court's current Court-approved form)
(11)    __     is missing an original signature by Plaintiff
(12)    __     is incomplete
(13)    __     uses et al. instead of listing all parties in caption
(14)    __     names in caption do not match names in text
(15)    __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)    __     other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 29, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge