IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01129-BNB

ROBERTO VEGA DeLEON,

    Plaintiff,

v.

MATTHEW STEHLE,
CARRIE L. STEHLE,
BANK OF AMERICA, N.A.,
CASTLE STAWIARSKI, LLC,
DEANNE R. STODDEN, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Roberto Vega DeLeon, currently resides in Englewood, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a Complaint. In an order entered on April 29, 2013, Magistrate Judge Boyd N. Boland instructed Plaintiff that he must file his claims on a Court-approved form if he wished to pursue his claims. *See* D.C.COLO. LCivR 8.1.A. Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On May 31, 2013, Plaintiff submitted an Amended Complaint, but he did not file his claims on a Court-approved Complaint form. As a result, he has failed to cure the noted deficiency within the time allowed. Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438

(1962). If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the noted deficiency and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   13th   day of      June      , 2013.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court